```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA       :    INDICTMENT
                              :
         - v. -                :    20 Cr.
                              :
NICOLAUS WYNBERG,              :
                              :
         Defendant.            :
                              :
- - - - - - - - - - - - - - - x
```

## COUNT ONE
**(Felon in Possession of Ammunition)**

The Grand Jury charges:

1. In or about July 2020, in the Southern District of New York and elsewhere, NICOLAUS WYNBERG, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, a nine millimeter cartridge manufactured by Sellier & Bellot, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)


_____           _____
FOREPERSON                          AUDREY STRAUSS
                                    Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**NICOLAUS WYNBERG,**

                                Defendant.

---

INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

AUDREY STRAUSS
Acting United States Attorney

*/s/ Leonie*
Foreperson

---