# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 7/29/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff               **SCHEDULING ORDER**

    -against- 

                                      7:20-CR-00386-UA

Nicolaus Wynberg
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 8/13/2020 at 3 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: July 29, 2020
       White Plains, New York

                                  SO ORDERED:

                                  s/ PED
                                _____
                                PAUL E. DAVISON
                                United States Magistrate Judge