

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __8/31/2020__

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 27, 2020

**BY ECF and EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *United States v. Nicolaus Wynberg*, 20 Cr. 386 (NSR)

Dear Judge Román:

      On July 28, 2020, a grand jury returned an indictment of Nicolaus Wynberg in the above-referenced case. The defendant was arraigned on August 13, 2020, and at the arraignment, Magistrate Judge Davison granted an exclusion of time under the Speedy Trial Act running through today. I write to respectfully request that the Court exclude time for purposes of the Speedy Trial Act from today until the date of the next status conference, to permit the parties to discuss a potential resolution of the case and prepare and review discovery. The ends of justice served by granting the exclusion of time outweigh the interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    /s/ T. Josiah Pertz_____
      T. Josiah Pertz
      Assistant United States Attorney
      Tel: (914) 993-1966

Cc:    Susanne Brody, Esq.

**Application Granted.** The Court orders that, in the interest of justice, the time between August 27, 2020 until Defendant's Initial Appearance, scheduled for September 15, 2020 at 11:00 a.m., shall be excluded from the computation of the time period within which trial of the charges against Defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial. The Clerk of Court is directed to terminate the motion at ECF No. 13.

Date: August 31, 2020                                        SO ORDERED.

                                                              Nelson S. Román, U.S.D.J.