UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.A.,

-against-

NICHOLAS WYNBERG,

                Defendant.

20-cr-386 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendant NICOLAUS WYNBERG ("Defendant"), is charged in a one count indictment with unlawful possession of ammunition in violation of Title 18 U.S.C. § 922(g)(1) and (2). The parties appeared before the Court on September 15, 2020, for an initial conference. The Government represents that it can present most, if not all, discovery materials within sixty days hereof. Defense counsel informs that she would like a reasonable opportunity, approximately six weeks, to review the discovery for the purpose of determining whether motions, including a motion to suppress, are appropriate. Accordingly, the Court directs the Government to provide all outstanding discovery to Defendant's counsel on or before November 15, 2020. The matter is adjourned to January 7, 2021, at 3:00 p.m. to permit for the exchange and review of discovery, and allow the parties to engage in plea discussions. The Court determines that the time between September 15, 2020 and January 7, 2021 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161, upon a finding that the ends of justice is served and outweighs the best interest of the public and the defendant in a speedy trial in order to allow for the production and exchange of discovery, and plea discussions to take place.

Dated: September 15, 2020
       White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMÁN
United States District Judge

1