UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

NICOLAUS WYNBERG,

                Defendant.

-------------------------------------------------------x

**ORDER**

20 Cr.386 (NSR)

**ROMÁN, D.J.:**

The Federal Defender's Office attorney assigned to this case   Susanne Brody   is hereby ordered
                                                                               Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney   Stephen R. Lewis   .
                      Attorney's Name

**SO ORDERED.**

**NELSON S. ROMÁN,**
**UNITED STATES DISTRICT JUDGE**

**Dated:  White Plains, New York**
           **November 12, 2020**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020