UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

NICOLAUS WYNBERG,

                Defendant.
-----------------------------------------------x

**ORDER**

20 Cr. 386 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defender's Office attorney assigned to this case __**Susanne Brody**__ is hereby ordered
                                                        Attorney's Name
substituted and the representation of the defendant in the above captioned matter is assigned to

C.J.A. attorney __Stephen Lewis__ nunc pro tunc to November 12, 2020.
              Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
          November 17, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020