UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

USA,

- against -

NICOLAUS WYNBERG,

                Defendant(s).
------------------------------------------------------x

**RESCHEDULING ORDER**

20 CR 386 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

Due to the increase of COVID cases at Westchester County Jail and the resulting cancellation of in-court appearances, the in-person Sentencing scheduled for January 5, 2022 is hereby

ORDERED **rescheduled, with the parties' consent, until February 10, 2022 at 1:00 pm.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

Dated:    White Plains, New York
             December 27, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021