

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 25, 2022

**BY ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Nicolaus Wynberg*, 21 Cr. 386 (NSR)

Dear Judge Román:

    The Government respectfully submits this letter in advance of sentencing in this matter, currently scheduled for February 10, 2022, at 1:00 p.m. The Government has received an additional victim impact statement, attached as Exhibit A.

                                 Respectfully submitted,

                                 DAMIAN WILLIAMS
                               United States Attorney

                       by:  /s/ T. Josiah Pertz
                               T. Josiah Pertz / Kyle A. Wirshba
                               Assistant United States Attorneys
                               (914) 993-1966

cc:  Stephen Lewis, Esq. (ECF)

**Exhibit A**

PRE SENTENCE STATEMENT
United States v. Nicolaus Wynberg, 20 Cr. 386 (NSR)

TO:       The Honorable Nelson S. Román
          United States District Court Southern District of New York
          300 Quarropas St. White Plains, NY 10601

FROM:     

DATE:     January 21, 2022

RE:       Nicolaus G. Wynberg

Honorable Judge Roman:
It is with sadness that I am directing this statement to the court regarding my son Nicolaus Wynberg. I found out he was arrested in July 2020 when notified by FBI Agents who came unexpectedly to my home.

I only found out the details of the charges when I read the Pre Sentence Report, and the victims statements in the public record this week.

I have not had communication with Nicolaus in over 7 years. I did
Receive an envelope addressed with his handwriting during the Mother's Day weekend 2021. A notarized Revocation of Power of Attorney documents signed by NIcolaus ,and
Two fellow inmates (both charged with very violent crimes). I suspected it was a
 'Message' of some kind. Since Power of Attorney was a document I used when
 He was traveling for work and used my address as his legal residence.Frankly,
I had forgotten I had it.
I was concerned and spoke to local law enforcement who told me no laws had been
Broken and no further steps could be taken to prevent written communication from
Nicolaus unless I filed an Order of Protection

After reading the 1/11/2022 presentence report I believe Nicolaus could present a threat to me and others.   He has made violent threats to others…Stated clear

thoughts to harm me and others. Stated clearly outlined plans; and verbalized a strong   intention to carry them out.  Victim's Statement to the Court
 December 27,2021
"Nick often talked about poisoning his own mother and how he would like to lock her
 up with minimal food and water for survival and leave her there indefinitely.
 This line of thought by him leaves me fearing for my own life"

For the past 25 years Nicolaus has shown dangerous behaviors, and obsession
With firearms.  I tried to find the best psychiatric help. And at times paid for legal
services when he got in trouble.   Always hoping for the "magic cure". His dangerous
behavior has escalated in frequency and intensity over the past 10 years. He appears
To have episodes wherein his behavior and mood unravel at faster and faster rates.

I made a decision many years ago to absent myself from his life, and made it very
clear to him he no longer had free access to my home.  He has a history of stealing
from me.  And taking objects sentimental value to me (ie. Urn containing my parents'
ashes)

I do not believe Nicolaus can be released into the community after serving a short
Sentence.  I fear for what terrible acts he could commit.   I do not know if the post
Release CIVIL COMMITMENT laws could be applied to him. But I see no other solution.
And when he is released to the community I am requesting I be notified if possible.

Respectfully
███████████