UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

NICOLAUS WYNBERG,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 386 (NSR)

TO: Nelson S. Román, United States District Judge:

    Please find attached a transcript of the September 29, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 31, 2022
       White Plains, New York

                                                    Respectfully Submitted,

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge