# EXHIBIT A

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

**Letters of Support**

# Letters of Support

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

1. Letter of David Ortega

2. Letter of Jeff Hirschorn

3. Letter of Christopher McGorman

4. Letter of Daniel Flores

5. Letter of Glen Whu

6. Letter of Brian Garrio

7. Letter of Michael Glosque

8. Letter of Atiq Bah

9. Letter of Sylvester Williamson

10. Letter of Phyo Hein Htut

11. Letter from Ron Hood, CASAC, Department of Community Mental Health

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

1. Letter of David Ortega

Your Honour,                                                                      1/22/2022

Good day, Sir or Ma'am, I am writing to tell you what I know about Nick Wynberg after living with him for almost a year. Nick is my friend and person I have a lot of respect for. Nick has been so generous to me and I have seen him being just as generous with many other people. No matter how down I am feeling or how angry I am Nick always has a way of helping me see things from another perspective. He's always positive and optimistic and many of us go to him for counsel when we need to talk about whatever is bothering us. He's unfailingly patient and always does his best to listen for as long as it takes us to get things off our chest and then offers practical, positive advice no matter how ridiculous or irrational our problems are. Nick once told me when I was very angry, that when someone has hurt you, it's okay to be angry, that when someone does that we should acknowledge it, but that until I could let the anger go I would be emotionally stuck in the same place and never be able to move on and grow. It was the best piece of advice anyone has ever given me. Nick gave me a precious gift that day that has changed my life. I am in his debt and will always be proud to call him my friend and keep him always in my prayers. I believe in him and knew he's a good person with good intentions and God has a great plan for his life. Thank you for your time and have a Blessed day.

Respectfully yours,

David Ortega

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

2. Letter of Jeff Hirschorn

DEAR HONORABLE
          JUDGE ROMAN

I'M WRITTING THIS LETTER ON BEHALF OF MY
FRIEND NICK WYNBERG, WE MET ON BLOCK
4SE OF WESTCHESTER COUNTY JAIL. WHERE WE'VE
BEEN HOUSED SINCE THE BEGINING, OF
OUR INCARCERATIONS AROUND 18 MONTHS
AGO. NICK IS A PERSONABLE, GENEROUS, KIND
MAN WHO I TOOK TO ALMOST IMMEDIATLY
WHEN WE MET. I WAS IN PRETTY BAD SHAPE
THEN, IM 62 YEARS OLD HAD NEVER
COMMITTED A CRIME AND HAD NEVER BEEN
IN A JAIL. I FOUND MYSELF IN THE
DEEPEST DESPAIR OF MY LIFE!
     NICK FIRST SAW ME WHEN WERE BOTH ON
LINE TO GET MEDS. HE MUST HAVE NOTICED
THE PAIN I WAS IN AND IMMEDIATLY BUT
GENTLY APPROACHED ME WITH HIS BIG SMILE
AND WARM DISPOSITION AND TRIED TO TION
ENGAGE ME. HE OFFERED SOME ARTICULATE
WORDS OF ENCOURAGEMENT AND WE BEGAN
TO TALK. HE WAS PROBABLY THE FIRST INMATE
I FELT COMFORTABLE TALKING TO, AND FOR
THE FIRST TIME I FELT A SLIGHT CRACK IN THE
TERROR I HAD BEEN FEELING. IT'S AMAZING
THAT FROM THAT FIRST SHORT EXCHANGE OF

WORDS NICK AND I HAVE BECOME GREAT
FRIENDS, AND I KNOW WE WILL REMAIN
FRIENDS "WHEREVER OUR PATHS MAY LEAD
IN THIS CRAZY WORLD". NICK IS AN
INATELY POSITIVE PERSON THOUGH I KNOW
HE HAS SUFFERED THROUGH MANY DEEP
COMPLEX TRAUMAS AND HAS A HISTORY OF
BEING ABUSED. OVER THE MONTHS I
HAVE GOTTEN TO KNOW HIM WELL AND
HE HAS GOTTEN TO KNOW ME AS WELL. HE
NEVER STOPS LEARNING AND HE'S SO WELL
READ. HIS BREATH OF KNOWLEDGE ABOUT
SUBJECTS RANGING FROM HISTORY TO
POLITICS TO SCIENCE KEEPS US IN AN
ALMOST ENDLESS DIALOGUE. HE

   NICK NEVER STOPS TRYING TO HELP
PEOPLE UP HERE. HE CONTINUES TO
TRY TO PROP ME UP WHEN I GET DOWN
AND I'M THANKFUL THAT I'M NOW
CAPABLE OF RETURNING THE FAVOR WHEN
HE GETS SAD.

   NICK IS ALWAYS COMING UP WITH
POSSIBLE SOLUTIONS TO SEEMINGLY
IMPOSSIBLE PROBLEMS. I'VE SEEN

HIM DO THIS OVER AND OVER AGAIN
WITH SO MANY RESIDENTS, HE JUST
CAN BRING SOMEONE UP WHEN THEY ARE
DOWN, HE DOES THIS AT TIMES WHEN I
KNOW EVEN HE IS DOWN," THATS JUST THE KIND
OF GUY HE IS", YES NICK LIKE ALL OF US
HAS HIS FLAWS BUT HE WORKS SO SO HARD TO
HEAL HIMSELF. I'VE WATCHED HIM EVOLVE
SO MUCH SINCE WE FIRST MET AND I KNOW
HE'S ON THE RIGHT ROAD NOW WITH HIS LIFE
HE'S GOT THIS HUGE INCLANATION FOR
SELF SACRIFICE FOR GIVING WITHOUT ASKING
FOR ANYTHING IN RETURN AND THIS PENCHANT FOR
PROTECTING THE UNDERDOG IN ALMOST
ANY SITUATION, I'VE WATCHED HIM STAND
UP TO PEOPLE TWICE HIS SIZE IN HERE
IN ORDER TO PROTECT SOMEONE SMALLER NEVER WITH
VIOLENCE, BUT WITH SHEER CHARACTER AND
REASON. HIS WORK ETHIC IS AMAZING!
ALMOST IMMEDIATLY AFTER BEING INCARCERATED
HE OBTAINED A COVETED TRUSTEE JOB. HE
WAS ONE OF THE ONLY INMATES ALLOWED OFF THE
BLOCK DURING THE 2021 COVID OUTBREAK
TO WORK IN THE KITCHEN

WHICH WAS BADLY SHORT STAFFED DUE
TO QUARENTINE. MOST OF THE
COMMANDING OFFICERS HERE KNOW HIM
AND RESPECT HIM. IF THEY WERE ALLOWED
MANY OF THEM WOULD HAVE WRITTEN HIM
LETTERS OF RECOMENDATION. SADDLY THAT
IS AGAINST JAIL POLICY.

THERE IS SO MUCH MORE I COULD
WRITE ABOUT MY FRIEND NICK, WE'VE
SHARED MANY EXPERIENCES OVER THE
PAST 18 MONTHS. I HOPE TIME AND PLACE
ARE GOOD TO BOTH OF US AND WE WILL BE
LUCKY ENOUGH TO CONTINUE OUR
FRIENDSHIP "ONE OF THE BEST I'VE EVER
HAD" IN THE REAL WORLD. FATE AND
THE JUDICIAL SYSTEM ARE NOT
CONCEARNED WITH THESE THINGS "WHICH
I UNDERSTAND" BUT I HOPE LUCK AND
PERHAPS SOME HIGHER POWER WILL PERMIT
US TO COME TOGETHER, I'M GOING TO
MISS HIM WHEN HE LEAVES BLOCK 45E
HOPEFULLY I'LL CATCH UP TO HIM IN HIS
JOURNEY, I KNOW OUR FRIENDSHIP IS
DESTINED TO CONTINUE! I HOPE WE CAN

BOTH LEAVE POSITIVE MARKS IN
A REALLY TOUCH WORLD

SINCERLY
JEFF HIRSCHORN

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

3. Letter of Christopher McGorman

I'm writing this letter on behalf of my friend Nick Wynburg. We met on the 4SE Block New Jail of westchester County jail around 18 months ago.

"Height of the Covid epidemic" needless to say not a nice time to be in jail.

When I met nick he was a pleasure to be around and talk to. I was going through alot especially with my case. Nick was would talk to me, calm me and always have me in a better mood. I have to say he does not belong in jail. I would even call him a good friend of mine. I always see him helping to out others by talking to them, also people who are hungry he feeds them with his own and treats everyone with respect.

He cleans and also the covid cleaning he does. He has become a model inmate as of showing what type of person he is. He doesn't show fits of rage or any violent behavior. He walks around with a smile smile and converses with

everyone. Have not seen him mad or sulken around but the complete opposite. I feel awful he's in here but I'm glad I had the pleasure in getting to know him. I hope and pray nothing but the best for him.

Christopher McGowan

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

4. Letter of Daniel Flores

Dear Your Honour,

Nicolaus Wynberg is a good friend of mine and someone who I have lived with for almost 19 months. I have read some of the bad things that people have said about him in his case, and I want to share some of the good things that I know about him. Jail is a very difficult place. It can be violent, frustrating, depressing, hopeless and dangerous in many ways, emotionally, physically, spiritually, etc. Despite all of this Nick has remained constantly out of harms way. He is always pleasant and generous, kind and positive one of the nicest people I have ever met. I've never seen him angry or violent or aggressive and never heard him speak about being angry and wanting to harm anyone. He has often spoken of the fact that he and he alone, is responsible for being encarcerated and blames only himself. He has often told others, myself included on what a waste of time it is to hold onto anger and to just accept it and let it go and get on with your life. The only person in this world that Nick hates is himself and for that I feel sorry for him, I know about some of the horrible things that were done to him and what he's been through isn't fair to anyone, Nick doesn't blame the world for his problems, he blames himself. Nick is not a danger to society, he's only a danger to himself. He wants so badly to stop suffering and find peace. I pray that he is given that opportunity. Thank you for listening your Honour.

Sincerely

Daniel Flores

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

5. Letter of Glen Whu

Dear Honorable Judge

    I would like to start by saying I hope
you Ann your family are doing well during this
pademic and difficult time we are all going through.
This is my first time incarcevated afraid and alone
I chose to be put in protective custody.
behind a cage not having access to the kitchen
for hour's nick would heat up food for me
And bring me ice for cold drinks. Nick was
the first one to assure me that I had nothing
to worry about and convinced me to lift my P.C.
Status at this point I was able to go to group's
and join the prison ministre in the months
spent with nick he has been supportive with me and
others. I was very inspired by nick's friendship
especially in a place like this. It has Allowed me
to believe that there are people who still care
and have not given up on me and care. I've seen
this from nick on numerous occassions put
his best effort out to help others
regardless of any circumstances. Whether he
new the person or not I wish him the best in
his future and keep him in my prayers.
May God be with us all thank you for
your time

                Sincerelly yours

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

6. Letter of Brian Garrio

DEAR JUDGE ROMAN,

MY NAME IS BRIAN GARRIO, I AM CURRENTLY
A RESIDENT OF THE WESTCHESTER COUNTY
JAIL. IT HAS RECENTLY COME TO MY
ATTENTION THAT NICOLAUS WYNBERG IS
TO BE SENTENCED SOON. PLEASE ALLOW
ME TO TELL YOU SOME THINGS ABOUT
NICOLAUS WYNBERG, THAT I HOPE YOU WILL
TAKE INTO CONSIDERATION UPON SENTENCING.
I FIRST MET NICOLAUS WYNBERG WHILE AT
YOUR COURTHOUSE, SHORTLY AFTER MY
GRANDFATHER HAD PASSED, AND I WAS
GETTING BULLIED BY OTHER INMATES AT
THE JAIL FOR CRYING. NICOLAUS WYNBERG
TOLD ME HOW TO GET INTO THE MENTAL
HEALTH PROGRAM AT THE JAIL, AND I
HAVE BEEN HOUSED WITH NICOLAUS IN
THE MENTAL HEALTH PROGRAM EVER SINCE.
IN OUR TIME TOGETHER SO FAR, NICOLAUS
HAS GIVEN ME MORE EMOTIONAL SUPPORT
THAN ANY OF THE MENTAL HEALTH STAFF
MEMBERS IN THE JAIL, AND HAS BEEN A
LEADER OF OUR MENTAL HEALTH PROGRAM
GROUPS. NICOLAUS WYNBERG MOST CERTAINLY
IS IN NEED OF MENTAL HEALTH TREATMENT
THAT IS BEYOND THE JAIL PROGRAMS'
ABILITIES, BUT FOR NOW HE HAS GOTTEN

OFF TO A GOOD START. WHICH IS ALL THAT
HE CAN DO WHILE INCARCERATED. NICOLAUS
WYNBERG AND I HAVE DISCUSSED FOUR
WINDS PSYCHIATRIC HOSPITAL IN KATONAH,
AMONGST MANY DIFFERENT PSYCHIATRISTS
THAT HAVE GROUPS AND PROGRAMS IN
THE REAL WORLD THAT BOTH HE AND I
COULD ACQUIRE HELP FROM UPON OUR
RELEASE, WHENEVER THAT MAY BE. I AM
AWARE OF HOW SERIOUS THE CRIME THAT
NICOLAUS COMMITTED IS, BUT I WOULD BE
VERY SHOCKED IF HE EVER WERE TO DO
ANYTHING THAT MAY CAUSE HARM. AFTER
GETTING TO KNOW HIM, I CAN SAY THAT
I WOULD TRUST HIM TO HELP ME TAKE
CARE OF MY LOVED ONES. NICOLAUS
WYNBERG HAS SUFFERED A GREAT DEAL OF
ABUSE, WHICH HAS CAUSED HIS MENTAL
ILLNESSES, THAT HE IS NOW READY TO
ADDRESS WITH ALL OF HIS EFFORTS, ONCE
GIVEN THE CHANCE TO DO SO. YOUR
HONOR, WE BEG YOU, PLEASE ALLOW
NICOLAUS WYNBERG THE CHANCE HE SO
NEEDS TO ADDRESS HIS ISSUES, SOONER
RATHER THAN LATER, SO HE CAN SHOW
THE WORLD THE COMPASSIONATE AND
CARING PERSON HE REALLY IS, BECAUSE
I KNOW THAT NICOLAUS WYNBERG TRULY

HAS A GOOD HEART.

VERY TRULY YOURS,

BRIAN GARRIO

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

7. Letter of Michael Glosque

Dear Honorable Judge

    I am writing on behalf of Nick Wynberg. I have lived with mr. Wynberg for a while now. He has helped me, we have argued, we have gotten to know each other well. Personaly I have found him to be a nice person. He is very passionet and sometimes that can be taken the wrong way. But, when you get to know him, when you find out what he is really like, I have found him to be very careing, thoughtful respecful, honorable and compasionet and has empathy like very few people I have met in my fifty two years. Nick has at times when I was down, like when my Mother passed away days before thanksgiving, helped me get through it. I dont know if I could have handled it withoot him. My Mother was/is everything to me. Nick will always be seen as my friend.

              Thank You,

              Michael Glosque

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

8. Letter of Atiq Bah

Honorable Judge Roman,

      I want to share with you my impression of Nicholas Wynberg, after living with him for 8 months. In Jail people get angery or frustrated loose their temper or get aggressive and even physically fights are common things. I have never seen personally NICK loose his temper or be aggressive even when people were being aggressive or disrespectful to him. I never saw nick to react with violance and quite the opposite I have seen him on couple occasions walk away from people who were threating him.

      I even saw him walk away after being panched in the face by another inmate who mistankenly hit him. That inmate later apologised and Nick very gladly eccepted his apology.

      In short, I have never seen Nick to be violent or aggressive, contrary to that always patient and peacaful and most often a kind and selfless person who is always eager to help others. ¯

Respectfully

Adam Brit

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

9. Letter of Sylvester Williamson

Honourable Judge

IN writing to you with respect to
Nicholas Wynber. Nick and I have lived
together on 4 SE in Vahalla at the Westchester
County Jail for more than a year now, and
in that time we have been through a lot.
Through all of the ups and downs, Nick has
always been there for me and others. He
has been different things to different people.
He has been kind, he has been caring, he's been
generous and helpful in so many ways and
never stops trying to help anyone who needs
it. Despite his own personal suffering,
which is great, he never allows his pain from
being positive and optimistic when interacting
with the rest of us. Many of us go to him
when we need to talk to and I even
seen officers relying on his advice
and his aid when dealing with problem on
the block, on many occassions. As a result
to his help Nick has been offered many small
priviledges that he refuses to take advantage of
because he doesn't believe he should be treated
any differenly and certanly no better than
the rest of us. I care about Nick and he's
a good friend. That said, I don't understand
him very well. He seems to hate him self and

doesn't think he deserves anything,
yet he seems to care about everybody
else and constantly gives what he has
to anyone in need. He takes better
care of us on the block than ~~himself~~
himself. He's in a lot of pain and I
pray for him to find peace often. After
everything he has done for us I believe he
deserves it

Respectfully

Sylvester Williamson
Sylvester Williamson

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

10. Letter of Phyo Hein Htut

Dear Honorable Judge Roman,

It's my pleasure and I am glad that I get a chance to write a letter to a respectful and justify honorable judge Roman. I have never write a letter to a judge in my life. Now I am really proud of writing a letter to a federal jude. I am one of the inmate living together with Nicolas Wynberg. I consider him NOT ONLY as my friend but also a great gut guy. I know him as a well educated nice man and also so SMART. He has many strong believes and is very honest. According to what he told me within this six month and living together with him I notice that he is suffering from great sadness though. He is always trying his best to be Positive person. Nick is a guy who would rarely say no to anyone from giving almost everything he have. When its come to his believe he have some Amazing Ideas. My friend have suffer taurma and depression since he was little kid. He really want and Like Make world better place. I understand and relaize that he need love and mercy from god in his life. He can be best he can Be.

person outside world When he got a good environment and right people. He have sins we all have some his not great. In my opinion what I believe is he is not EVER a bad person he is trying about that person. I am writing this letter about my friend Nick and what is really going through his life. He has help me a lot thank you so much giving your time to read this letter my honor. I wish god is always with you and god bless you my honor.

Respectfully

PHYO HEIN                    HTUT

Rhyr

P.S. I am from Myanmar it's difficult me to write in english thank you for understanding if my writing isn't perfect

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

11. Letter of Ron Hood



**George Latimer**
**County Executive**

**Department of Community Mental Health**

**Michael Orth, M.S.W.,**
**Commissioner**

12/09/21

Stephen R. Lewis, LLP

North Court Building

175 Main Street, Suite 800

White Plains, NY 10601

Re: Nicolaus Wynberg                    JID# 259052

Dear Mr. Lewis,

Please be advised that Nicolaus Wynberg was deemed in full compliance with the C.O.R.E. (Community Oriented Re Entry) program, provided by the Department of Community Mental Health, since his booking date of 07/17/20. As of 07/17/20, Mr. Wynberg has attended all group and individual sessions as scheduled. Our Re-Entry program is collaboratively composed of CHOICE of NY, Mental Health Association of Westchester, MH Empowerment Project, Human Development Services of Westchester and the Westchester County Department of Health that provided services onsite for Mr. Wynberg during his incarceration and will also support Mr. Wynberg with his future aftercare plan.

Please be advised that C.O.R.E. is a Re Entry and Case Management program, not an alternative to psychiatric treatment.

Sincerely,

Ron Hood, CASAC

C.O.R.E. Coordinator, Department of Community Mental Health

CC:  File