# EXHIBIT B

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

**Physician Prescriber Reference - Adderall**



## Drug

## Adderall

**dextroamphetamine/amphetamine**

## Adult Dosing

**Dosage forms:** TAB: 5 mg, 7.5 mg, 10 mg, 12.5 mg, 15 mg, 20 mg, 30 mg

**Special Note**

**[formulation clarification]**

Info: Adderall may be switched to Adderall XR at equivalent total daily dose; not interchangeable w/ Mydayis, do not substitute on a mg to mg basis

## ADHD

**[5-40 mg/day PO divided qd-tid]**

Start: 5 mg PO qam or bid, may incr. by 5 mg/day qwk; Info: duration 5-8h; give divided doses at 4-6h intervals; doses >40 mg/day rarely more effective; taper dose gradually to D/C if prolonged, high-dose use

**narcolepsy**

**[5-60 mg/day PO divided qd-tid]**

Start: 10 mg PO qam, may incr. by 10 mg/day qwk; Info: give divided doses at 4-6h intervals; taper dose gradually to D/C if prolonged, high-dose use

**renal dosing**

**[not defined]**

renal impairment: not defined

HD/PD: not defined

**hepatic dosing**

**[not defined]**

Substantial effort has been made to ensure that the information provided by Epocrates is accurate and up-to-date, but this information is not intended to cover all possible uses, precautions, or other considerations relating to the therapies covered. Epocrates does not advocate or endorse the use of any drug or other therapy and does not diagnose patients. Healthcare professionals should use their professional judgment in using this information, and this information should not be considered a substitute for the care and professional judgment provided by a licensed healthcare practitioner. This information if provided on an "as is" basis, and Epocrates and its affiliates, agents and licensors assume no responsibility for any aspect of healthcare administered with the aid of this information or any other use of the information.

Copyright © 2022 Epocrates, Inc. All Rights Reserved.
Epocrates® Online is a trademark of Epocrates Inc. in the U.S. and elsewhere.



## Drug

# Adderall

**dextroamphetamine/amphetamine**

## Adverse Reactions

**Serious Reactions**

dependency

abuse

psychosis

mania

aggressive behavior

sudden death

MI

stroke

HTN

cardiomyopathy (long-term use)

seizures

hypersensitivity rxn

anaphylaxis

Stevens-Johnson syndrome

toxic epidermal necrolysis

priapism

peripheral vasculopathy

Raynaud phenomenon

growth suppression (long-term use in peds pts)

rhabdomyolysis

withdrawal sx if abrupt D/C (prolonged high-dose use)

**Common Reactions**

anorexia

xerostomia

insomnia

headache

abdominal pain

weight loss

emotional lability

anxiety

nausea

vomiting

agitation

dizziness

nervousness

diarrhea

tachycardia

fatigue

asthenia

fever

infection

dyspepsia

constipation

libido changes

somnolence

speech disturbance

tic exacerbation

dyspnea

diaphoresis

dysmenorrhea

impotence

palpitations

BP elevated

visual disturbance

restlessness

tooth disorder

photosensitivity

Substantial effort has been made to ensure that the information provided by Epocrates is accurate and up-to-date, but this information is not intended to cover all possible uses, precautions, or other considerations relating to the therapies covered. Epocrates does not advocate or endorse the use of any drug or other therapy and does not diagnose patients. Healthcare professionals should use their professional judgment in using this information, and this information should not be considered a substitute for the care and professional judgment provided by a licensed healthcare practitioner. This information if provided on an "as is" basis, and Epocrates and its affiliates, agents and licensors assume no responsibility for any aspect of healthcare administered with the aid of this information or any other use of the information.

Copyright © 2022 Epocrates, Inc. All Rights Reserved.
Epocrates® Online is a trademark of Epocrates Inc. in the U.S. and elsewhere.

# EXHIBIT C

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

**Prescription Record -- Stephen Hermele, M.D.**

Stephen Leonard Hermele, M.D.

Name: Nick Wynberg  Pharmacy: None
Address: PO Box 1
Lake Hill, NY 12498  Phone #: [redacted]
Phone #: [redacted]-8057  Medications: None
Date of birth: [redacted]/76

Drug sensitivities: None

| DATE | PRESCRIPTION | # | DIRECTIONS | REFILL |
|---|---|---|---|---|
| 18DEC13 | Lexapro 10mg | 30 | i daily | NR |
| 8JAN14 | ↑ Lexapro to 20mg | | daily | |
| | Lexapro 20mg | 30 | i daily (returned) 6Feb14 | NR |
| 6Feb14 | Lexapro 20mg | 30 | i daily | NR |
| 25Feb14 | Lexapro 20mg | 30 | i daily | NR |
| 20MAR14 | Lexapro 20mg | 30 | i daily | NR |
| 10APR14 | Lexapro 20mg | 30 | i daily  returned 13Apr | NR |
| 1MAY14 | Lexapro 20mg | 30 | i daily | NR |
| 28MAY14 | Lexapro 20mg | 30 | i daily | NR |
| 18JUN14 | Klonopin 1mg | 30 | i bid (pushed) | — |
| | Lexapro 20mg | 30 | i daily | NR |
| 3JUL14 | Lexapro 20mg | 60 | i daily | NR |
| | Klonopin 1mg | 120 | i qid prn | — |
| 30JUL14 | Lexapro 20mg | 60 | i daily | NR |
| | Klonopin 1mg | 120 | i qid prn | — |
| 21AUG14 | Lexapro 20mg | 60 | i daily | NR |
| | Klonopin 1mg | 120 | i qid prn  refused | — |
| 2SEP14 | Klonopin 1mg | 120 | i qid + ths prn | — |
| 29Sept14 | Lexapro 20mg | 60 | i daily | NR |
| 2OCT14 | Klonopin 1mg | 150 | i qid + ths prn | — mail |
| | Lexapro 20mg | 60 | i daily | NR |
| 28OCT14 | Klonopin 1mg | 150 | i qid + ths prn | — |
| | Lexapro 20mg | 60 | i daily | NR |
| | Nuvigil 150mg | 30 | i daily  Rx returned 6Nov | — |
| 5Nov14 | ↑ Nuvigil | | | |

## Stephen Leonard Hermele, M.D.

Name: Nick Weinberg  
Pharmacy: ___  
Address: PO Box 1  
Lake Hill NY 12448  
Phone #: ███████ 8057  
Medications: ___  
Date of birth: ██████/76  

Drug sensitivities: NKM

| DATE | PRESCRIPTION | # | DIRECTIONS | REFILL |
|---|---|---|---|---|
| 5NOV14 | Adderall 10mg | 60 | i daily x 5 days; ii daily x 5 days then 3 daily | — |
| 10NOV14 | Lexapro 20mg | 60 | ii daily | NR |
|  | Klonopin 1mg | 150 | i qid + i hs prn | — |
|  | Adderall 10mg | 120 | i qid | — |
| 24NOV14 | increase Adderall to 50mg/day on 1 Dec | | | — |
| 3DEC14 | increase Adderall to 60mg/day on 5 Dec | | | — |
| 3DEC14 | Adderall 10mg | 180 | 60mg/day | — |
| 18DEC14 | Adderall 10mg to be increased to 80mg/day | | | |
|  | Lexapro 20mg | 60 | ii daily | NR |
|  | Klonopin 1mg | 150 | i qid + i hs prn | — |
|  | Adderall 10mg | 240 | 80mg daily | — |
| 13JAN15 | ↑ Adderall dose to 90mg/day | | | |
| 21JAN15 | Adderall 10mg | 270 | 90mg/day | NR telpm |
| 22JAN15 | Lexapro 20mg | 60 | i daily | |
| 4FEB15 | Klonopin 1mg | 120 | i qid prn (returned) | — |
| 12FEB15 | Klonopin 1mg | 120 | i qid prn | — |
| 18FEB15 | Lexapro 20mg | 60 | ii daily | NR |
|  | Adderall 10mg | 270 | 90mg daily | — |
| 18MAR15 | Klonopin 1mg | 120 | i qid prn | |
|  | Lexapro 20mg | 60 | ii daily | NR |
|  | Adderall 10mg | 270 | 90mg daily | — drop off |
| 4Apr15 | Klonopin 1mg | 120 | i qid prn | NR willcry |
|  | Lexapro 20mg | 60 | i daily | bhn |
|  | Adderall 10mg | 270 | 90mg daily | — |

# Stephen Leonard Hermele, M.D.

Name: Nicolaus Wynbeeg  
Adddress: PO Box 1  
Lake Hill NY 12448  
Phone #: ~~xxx-xxx~~ 8057  
Date of birth: /76  

Pharmacy: Walgreens  
Shwy  
Phoenicia 6882215  
Medications: PoBox 68  41 Main St

Drug sensitivities: none

| DATE | PRESCRIPTION | # | DIRECTIONS | REFILL |
|---|---|---|---|---|
| 7MAY15 | Klonopin 1mg. | 120 | i qid prn | — |
|  | Lexapro 20mg | 60 | i daily | NR |
|  | Adderall 10mg | 270 | 90 mg daily | — |
| 3JUN15 | Adderall 10mg | 270 | 90 mg daily | — |
| 18JUN15 | Klonopin 1mg. | 120 | i qid prn | — |
|  | Lexapro 20mg. | 60 | i daily | NR |
| 1JUL15 | Adderall 10mg | 270 | 90 mg daily | — |
|  | Lexapro 20mg | 60 | i daily | NR |
|  | Klonopin 1mg | 120 | i qid prn | — |
| 29JUL15 | Adderall 10mg | 300 | 100 mg daily | — |
|  | Lexapro 20 mg. | 60 | i daily | NR |
|  | Klonopin 1mg | 120 | i qid prn | — |
| 27AUG15 | Lexapro 20mg. | 60 | i daily  Pt lost this Rx returned 4OCT15 | NR |
|  | Klonopin 1mg. | 120 | i qid prn | — |
|  | Adderall 10mg. | 300 | 100mg daily Pt lost this Rx returned 4OCT15 | — |
| 8SEP15 | Adderall 10 mgm | 300 | 100 mgm daily | — new phone |
| 10SEP15 | Adderall 10mgm | 90 | 100 mgm daily | phone |
| 8OCT15 | Adderall 10mgm | 300 | 100 mgm daily | 1 new pt |
|  | Klonopin 1mgm | 120 | i tid prn | — |
|  | Lexapro 20mgm | 60 | i daily returned 28OCT15 | NR |
| 28OCT15 | Adderall 10mg | 300 | 100mg daily returned 4NOV15 | — |
|  | Klonopin 1mg. | 120 | i qid prn | — |
|  | Lexapro 20mg. | 60 | i daily | NR |
| 4NOV15 | Adderall 10mg. | 330 | 110 mg daily | — |

## Stephen Leonard Hermele, M.D.

Name: Nicolaus Wynberg  Pharmacy: Walgreens - B'way

Address: PO Box 1
Lake Hill NY 12448      Phoencia 688-2215

Phone #: ███-███-8057   Medications: PO Box 68  41 Main St

Date of birth: ██████ 76

Drug sensitivities: NKA

| DATE | PRESCRIPTION | # | DIRECTIONS | REFILL |
|---|---|---|---|---|
| 8 DEC 15 | Adderall 10mg | 300 | 100mg daily | — |
|  | Klonopin 1mg | 120 | i qid prn | — |
|  | Lexapro 20mg | 60 | ii daily | NR |
| 30 DEC 15 | Adderall 10mg | 300 | 100mg daily | — |
|  | Klonopin 1mg | 120 | i qid prn | — |
|  | Lexapro 20mg | 60 | ii daily | NR |
| 12 JAN 16 | Adderall 10mg | 300 | 100mg daily | — |
| 9 Feb 16 | Lexapro 20mg | 60 | ii daily | NR |
|  | Klonopin 1mg | 120 | i qid prn | — |
|  | Adderall 10mg | 300 | 100mg daily | — |
| 15 MAR 16 | Lexapro 20mg | 60 | ii daily | NR |
|  | Klonopin 1mg | 120 | i qid prn | — |
|  | Adderall 10mg | 300 | 100mg daily  return 23 Apr 16 | — |
| 23 MAR 16 | amphetamine-dextroamphetamine 30mg #60 | | Sig i tid | — |
| 1 APR 16 | Amphetamine-dex salts 30mg 90g | | TID  EQ Phoenix | — |
| 21 April | Klonopin 1mgm | 120 | i qid prn | — |

# EXHIBIT D

*United States v. Nicolaus Wynberg*
20-Cr-386 (NSR)

**Discovery Photo**



CONFIDENTIAL