UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

USA,

- against -

NICOLAUS WYNBERG,

                    Defendant(s).
-----------------------------------------------------x

**SCHEDULING ORDER**

20 Cr. 386 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

 **The in-person Sentencing for the above Defendant is scheduled for February 10, 2022 at 1:00 pm in courtroom 218.**

 In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:  White Plains, New York
    February 3, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/3/2022___